IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. FOSTER                                                              PLAINTIFF

V.                                    4:09CV00738 JMM

STEPHENS INC.,
MICHAEL HENDERSON, MICHAEL
FREELING, STEVE FAULKNER,
AND TIM ROACHELL                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on January 19, 2010, Judgment is hereby entered in favor of Michael Henderson, Michael Freeling, Steve Faulkner and Tim Roachell. The case is dismissed with prejudice as to these defendants.

IT IS SO ORDERED this 19th day of January, 2010.

_____
James M. Moody
United States District Judge